```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 58607
    STACI SPEROS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8157

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER     4559.71           650.44        4559.71
LIBERTY BANK FOR SAVINGS   CURRENT MORTG         .00              .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           640.20            19.30         640.20
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     5144.10           657.44        5144.10
BANK OF AMERICA NA         UNSEC W/INTER NOT FILED               .00            .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED               .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    18722.73          2670.72       18722.73
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     6083.52           778.12        6083.52
WORLD FINANCIAL NETWORK    UNSEC W/INTER      184.63            27.21         184.63
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      851.84           108.93         851.84
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER       63.80             8.61          63.80
JOSEPH WROBEL              DEBTOR ATTY      1,844.00                         1,844.00
TOM VAUGHN                 TRUSTEE                                           3,033.14
DEBTOR REFUND              REFUND                                              312.34

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             46,360.78

PRIORITY                                        640.20
    INTEREST                                     19.30
SECURED                                            .00
UNSECURED                                    35,610.33
    INTEREST                                  4,901.47
ADMINISTRATIVE                                1,844.00
TRUSTEE COMPENSATION                          3,033.14
DEBTOR REFUND                                   312.34
                    --------------          --------------
TOTALS              46,360.78                46,360.78

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 58607 STACI SPEROS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/10/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |